**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2059**

TONI CLARK,

              Plaintiff – Appellant,

        v.

NATIONAL CREDIT UNION ADMINISTRATION,

              Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:09-cv-00779-TSE-JFA)

Submitted:  November 19, 2009       Decided:  December 1, 2009

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Toni Clark, Appellant Pro Se.  Bernard G. Kim, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toni Clark appeals the district court's order denying her motion to remand to state court and dismissing her civil complaint against the National Credit Union Administration for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Clark v. Nat'l Credit Union Admin., No. 1:09-cv-00779-TSE-JFA (E.D. Va. filed Aug. 28, 2009 & entered Sept. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED